Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000663
14-MAR-2017
09:02 AM

NO. CAAP-16-0000663

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


KENNETH M. SKAHAN,
Claimant-Appellant/Appellant,
v.
STUTTS CONSTRUCTION COMPANY, INC.,
Employer-Cross-Appellant/Appellee,
and
FIRST INSURANCE COMPANY OF HAWAII, LTD.,
Insurance Carrier-Cross Appellant/Appellee

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2014-019(WH))
(DCD NO. 9-04-45072)(M))


ORDER DISMISSING THE APPEAL
AND
ALL PENDING MOTIONS ARE DISMISSED
(By: Leonard, Presiding Judge, Reifurth and Ginoza, JJ.)

Upon review of the record, it appears that:

(1) On January 13, 2017, the court denied pro se
Claimant-Appellant Kenneth M. Skahan's (Appellant) December 3,
2016 motion for leave to proceed on appeal in forma pauperis
without prejudice to Appellant seeking reimbursement of appellate
costs pursuant to Hawai'i Rules of Appellate Procedure (HRAP)
Rule 39 if he prevails on appeal, and ordered Appellant to pay,

within ten days from the date of the order, the required filing and docketing fees, consistent with HRAP Rule 24(c). The court cautioned Appellant that failure to pay the filing and docketing fees may result in the appeal being dismissed;

(2) On February 8, 2017, the court denied Appellant's motion for reconsideration of the January 13, 2017 order; and

(3) Appellant failed to pay the appellate filing and docketing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, pursuant to HRAP Rule 24(c). See also HRAP Rule 11(b)(2) & (c)(2).

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, March 14, 2017.

Presiding Judge

Associate Judge

Associate Judge